## OCTOBER TERM, 1855.

### THE KING *vs.* PAPA and KAMEAKUA.

The Court expressed its opinion that a party cannot be legally convicted of perjury for a false statement made in the Probate Court, in a proceeding which is irregular and unauthorized.

The prisoners were indicted for perjury committed in the probate court, at the hearing of an application for letters of administration on the estate of one Kokahe. It appeared in evidence that previous to the application for administration, a will embracing all the property of the deceased had been proved in the probate court; that at the last July term of this court, one Nakilaku had been indicted for, and convicted of forging the said will, but that the probate of the will had never been duly revoked or cancelled. The court was of the opinion that the subsequent proceedings on the application for administration were irregular, and that therefore the prisoners could not be legally convicted of perjury on any testimony given under such circumstances. The court directed the jury to acquit the prisoners.

Mr. Bates for the Crown.
Mr. Marsh for the prisoners.

### THOMAS RUSSELL *et als. vs.* HARRIS T. FITCH.

Nonsuit,—Practice.

This was an action on the case brought by the plaintiffs as owners of the bark "Madonna," to recover damages from the defendant, for loss sustained by the plaintiffs from the non-employment of their vessel, by reason of a certain placard and public notice printed in the "Polynesian" by defendant, over his own signature, in the month of October, 1854. The damages were laid at $10,000. After the plaintiffs had rested their case, defendant's counsel moved that the plaintiffs be non-suited on the ground that they had given no evidence whatever that they were the owners of the bark "Madonna," and were therefore not entitled to recover. Motion was granted.

Mr. Blair and Mr. Montgomery for the plaintiffs.
Mr. Bates for defendant.